

FILED
JUL 2 6 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. W10-492m |
| ) | |
| Plaintiff, ) | |
| v ) | **INFORMATION** |
| ) | [Count One: 18 U.S.C. §§ 7(3) & 13 and |
| MICHAEL A. WARD ) | 661 – Theft of Private Property |
| ) | Count Two: 18 U.S.C. §§7(3), 13 and |
| Defendant, ) | 113(a)(4) – Assault |
| ) | Count Three: 18 U.S.C. §§ 7(3) & 13 and |
| | 1382 – Unlawful Entry] |

THE UNITED STATES ATTORNEY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. §§ 7(3) & 13 and 661]

On or about October 14, 2009, at the Fort Hood Military Reservation in the Western District of Texas, an area within the special maritime and territorial jurisdiction of the United States, the Defendant

MICHAEL A. WARD

did take and carry away, with intent to steal or purloin, personal property of another valued at not more than $1,000 in violation of Title 18, United States Code, Sections 7(3), 13, and 661.

<u>COUNT TWO</u>
[18 U.S.C. §§7(3), 13 and 113(a)(4)]

On or about October 14, 2009, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant

MICHAEL A. WARD

did commit an assault by striking, beating, or wounding another in violation of Title 18, United States Code, Sections 7(3), 13 and 113(a)(4).

## COUNT THREE
[18 U.S.C. §§ 7(3) & 13 and 1382]

On or about October 14, 2009, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, the Defendant

MICHAEL A. WARD

did go upon a military reservation for a purpose prohibited by law or lawful regulation, in violation of Title 18, United States Code, Sections 7(3), 13 and 1382.

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY: [signature]
LIONEL MARTIN
Special Assistant United States Attorney

UNSEALED

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE:           JULY 22, 2010       MPR #:  07729-09    CASE NO.
COUNTY:         BELL
JUDGE:          JEFFREY MANSKE
S.A.U.S.A.:     LIONEL MARTIN

DEFENDANT:

                            MICHAEL A. WARD


OFFENSE & MAXIMUM PUNISHMENT:

Count One:  18 U.S.C. §§ 7(3) & 13 and 661 – Theft of Private Property –  1 year confinement; 1 year TSR; $100,000 fine; and $25 SA.

Count Two:  18 U.S.C. §§7(3), 13 & 113(a)(4) – Assault – Six months confinement; $5,000 fine; $10 SA.

Count Three:  18 U.S.C. §§ 7(3) & 13 and 1382 – Unlawful Entry – Six months confinement; $5,000 fine; $10 SA.